UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
UNITED STATES OF AMERICA         :
                                 :  **NOTICE OF APPEARANCE AND REQUEST**
            v.                   :  **FOR ELECTRONIC NOTIFICATION**
                                 :
JUAN MELENDEZ,                   :  06 Mag. 1465
                                 :
   a/k/a "Vladi,"                :
   a/k/a "Blad,"                 :
            Defendant.           :
                                 :
-------------------------------x

TO:  Clerk of Court
     United States District Court
     Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him in addition to Jessica A. Roth as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York


                         By:  ___/s/_____
                              Zachary Feingold
                              Assistant United States Attorney
                              (212) 637-2436


TO:  Osvaldo J. Gonzalez, Esq.